## DAVIS v. UNITED STATES.
### No. 138—Misc.

United States Court of Appeals
Ninth Circuit.
June 3, 1949.

---

Robert William Davis, in propria persona for petitioner.

No other appearances were entered.

Before DENMAN, Chief Judge, and ORR, and POPE, Circuit Judges.

Petitioner alleges that he has moved the United States District Court for the District of Montana, pursuant to 28 U.S.C.A. § 2255, to set aside a sentence imposed on him by that court, and that that court has failed to consider that motion. He petitions us to hear and determine that motion and that he be brought here to conduct such litigation. We have no power to consider such a motion.

The petition is ordered dismissed.